In the Matter of V. ANTHONY MAGGIPINTO, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Decided June 4, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of LUIS PENA, Appellant, v NEW YORK STATE GAMING COMMISSION, Respondent. (And Another Proceeding.)

Decided June 4, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BADALAMENTI, Appellant.

Submitted May 11, 2015; decided June 4, 2015

Motion for assignment of counsel granted and Marianne Karas, Esq., 980 Broadway, Suite 324, Thornwood, New York 10594 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS BASILE, Appellant.

Submitted May 26, 2015; decided June 4, 2015

Motion by Animal Legal Defense Fund et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.